JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elesa M. Ward<br><br>             Plaintiff,<br><br>v.<br><br>BMW of North America, LLC et al<br><br>             Defendants. | Case No.  CV 15-09357-AB (AFMx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __**60**__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 8, 2016      _____
                                             ANDRÉ BIROTTE JR.
                                             UNITED STATES DISTRICT JUDGE

1.